IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID VAZQUEZ-DELGADO,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE<br><br><br><br>Case No. 2:10-CR-887 TS |

This matter is before the Court on Defendant's Motion to Reduce Sentence. Defendant seeks to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). That provision allows a court to reduce a sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o)."[1] Defendant, however, fails to identify "a sentencing range that has subsequently been lowered by the Sentencing Commission." Therefore, the Court finds that Defendant's Motion fails and must be denied.

---

[1] 18 U.S.C. § 3582(c)(2).

1

It is therefore

ORDERED that Defendant's Motion to Reduce Sentence (Docket No. 30) is DENIED.

DATED   April 5, 2012.

> BY THE COURT:
>
> _____
> TED STEWART
> United States District Judge